UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Michael J. Clark                :             Case #: 04-69123
       Sarah M. Clark

                                                :             Chapter 13

                                                :             Judge Preston

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: June 8, 2010                                      /s/ Frank M. Pees_____
                                                                             Frank M. Pees
                                                                             Chapter 13 Trustee

| Name and Address | Amount |
| --- | --- |
| CENTURY NATIONAL<br>PO BOX 1515<br>ZANESVILLE OH 43701-1515 | $108.19 |